JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRUCE BANDEL, <br> Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, <br> Defendant. | Case No. CV 15-10024-DSF (DFM) <br><br> ORDER RE: DISMISSAL OF ACTION WITHOUT PREJUDICE |

On July 31, 2017, Plaintiff filed a motion to dismiss this action. See Dkt. 37. Because Defendant has filed a motion for partial summary judgment, see Dkt. 21, the Court deemed Plaintiff's motion to be made under Fed. R. Civ. P. 41(a)(2) and accordingly ordered Defendant to file any opposition to an order of dismissal without prejudice within 7 days, see Dkt. 38. On August 22, 2017, Defendant filed a statement of non-opposition and requested that the Court grant Plaintiff's motion and dismiss this action without prejudice. See Dkt. 39.

///
///
///
///

This Court has conducted a <u>de</u> <u>novo</u> review of Plaintiff's motion and Defendant's statement of non-opposition. Plaintiff's motion is GRANTED and IT IS THEREFORE ORDERED that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(2).

Dated: 8/31/17

_____
DALE S. FISCHER
United States District Judge

Presented by:

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge